# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

NELSON ULSER GARCIA Y GARCIA,    )
    )
    Petitioner,    )
    )
v.    )    Case No. CIV-26-1053-D
    )
MARKWAYNE MULLIN, et al.,    )
    )
    Respondents.    )

## ORDER

Petitioner Nelson Ulser Garcia Y Garcia filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B), (C).

On May 12, 2026, Petitioner filed a motion for temporary restraining order and preliminary injunction [Doc. No. 5], requesting that the Court grant a temporary restraining order requiring Respondents to release him from detention immediately or, alternatively, stay his removal pending resolution of his petition for writ of habeas corpus.

On May 20, 2026, the magistrate judge issued a Report and Recommendation [Doc. No. 9], in which she recommends that the Court deny Petitioner's request for temporary restraining order and preliminary injunction. Specifically, the magistrate judge concluded that Petitioner failed to "certify[] in writing any efforts made to give notice [to the non-movant] and the reasons why it should not be required." [Doc. No. 9, at 2 (quoting FED. R. CIV. P. 65(b)(1)(B))]. The magistrate judge notified the parties of their right to object to the

1

Report on or before June 3, 2026, and that failure to timely object to the R&R waives the right to appellate review of both factual and legal issues contained therein. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 9] in its entirety.

**IT IS THEREFORE ORDERED** that, for the reasons stated in the Report and Recommendation [Doc. No. 9], Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. No. 5] is **DENIED**.

**IT IS SO ORDERED** this 4th  day of June, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

2